**Motion Granted; Order filed June 10, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00070-CR
_____

**INIUBONG EBONG, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 351st District Court**
**Harris County, Texas**
**Trial Court Cause No. 1374974**

---

## O R D E R

The clerk's record was filed February 18, 2014. The reporter's record was filed March 19, 2014. These records do not include compact discs admitted as exhibits at trial. Appellant has requested supplementation of the record with the recordings of appellant's statements admitted at trial. *See* Tex. R. App. P. 34.5(c). In addition, it appears that two other compact discs admitted at trial have not been made a part of the appellate record. Accordingly, we issue the following order:

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **June 30, 2014**, containing the following:

1. SX-36, a CD containing employment records;

2. SX-38, a CD containing cell phone records;

3. SX-40, a CD-R containing appellant's statement made at the hospital; and

4. SX-41, a DVD-R containing appellant's statement made at the police department.

If any omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM